# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL AUNDREYA YOUNG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF<br>CORRECTIONS, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:09-cv-02217-KJD-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Request for a Status Check (#49), filed July 21, 2011. The Court will grant this request and have the Clerk of the Court provide Plaintiff with a copy of the Docket Sheet. Plaintiff has also requested to know whether the court has received a notice of appeal in this matter. It does not appear that a notice of appeal has been filed. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Request for a Status Check (#49) is **granted**. The Clerk of the Court shall prepare a copy of the docket regarding case 2:09-cv-02217-KJD-GWF and send it to Plaintiff at the following address:

　　Michael Aundreya Young, #93221
　　Three Lakes Conservation Camp
　　PO Box 208
　　Indian Springs, NV 89070

Dated this 26th day of July, 2011.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**GEORGE FOLEY, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**